UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN F. ELLIS,<br><br>            Plaintiff,<br><br>     v.<br><br>S. CRIVELLO,<br><br>            Defendant. | No.  2:24-cv-00752 DAD SCR P<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

Plaintiff, who is incarcerated in state prison and proceeding pro se, has requested a settlement conference. (ECF No. 25.) Defendant Crivello has filed a notice expressing agreement that a settlement conference would be beneficial. (ECF No. 28.) Accordingly, the undersigned will grant plaintiff's request and set the matter for another settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for settlement conference (ECF No. 25) is GRANTED.

2. This case is set for a settlement conference before **Magistrate Judge Dennis M. Cota via Zoom videoconference on November 24, 2025, at 9:30 a.m.**

3. An order containing instructions for the settlement conference will issue separately in due course.

/////

/////

1

4. No further motions shall be filed pending the settlement conference. In the event the settlement conference does not result in a settlement, within 30 days the court will issue a discovery and scheduling order.

DATED: October 6, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE